**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6230**

———————

ANTONIO S. FLAX,

                              Plaintiff - Appellant,

        versus

MICHELLE B. MITCHELL, Sheriff; JERRY MIDDLE-
TON, Major; DON EDWARD PHILLIPS; GEORGE
FISHER, Deputy Sheriff; DEPUTY SHERIFF
PARRISH; SHERIFF'S DEPARTMENT OF THE CITY OF
RICHMOND; ELLERY D. LUNDY, Deputy; MICHAEL
EAMES, Sergeant,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  David G. Lowe, Magistrate Judge.
(CA-97-387)

———————

Submitted:  June 17, 1999          Decided:  June 24, 1999

———————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Antonio S. Flax, Appellant Pro Se.  Anton Joseph Stelly, THOMPSON,
SMITHERS, NEWMAN & WADE, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Antonio S. Flax appeals the magistrate judge's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See Flax v. Mitchell, No. CA-97-387 (E.D. Va. Jan. 20, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to jurisdiction of the magistrate judge. See 28 U.S.C. §§ 636(c)(1), (c)(3) (1994).

2